**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

**Attorneys for Movant**
**MICHAEL WINNER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WINNER,
Movant,

v.

INSPECTOR GENERAL OF THE NATIONAL SCIENCE FOUNDATION,

Respondent.
/

Civil Action No.
C-07-80212 MISC MMC

**SUPPLEMENT TO MOVANT'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**

Pursuant to this Court's Order dated September 4, 2007 in the above-referenced matter directing Movant to supplement his Motion Pursuant to Customer Challenge Provisions of the Right to Financial Privacy, attached hereto is the Officer of Inspector General's Subpoena Duces Tecum at issue.

Respectfully submitted,

**DOUGLAS L. RAPPAPORT**
Attorney for **MICHAEL WINNER**

U.S. v. WINNER Case # C-07-80212 MISC MMC

**CERTIFICATE OF SERVICE**

I, hereby certify under penalty of perjury that on the 6TH day of September 2007, I served the Supplement To Movant's Motion for Order Pursuant to Customer Challenge Provisions of The Right To Financial Privacy Act of 1978 via electronic notification through CM/ECF system to National Science Foundation, Office of Inspector General, Assistant United States Attorney.

**VERONICA DAVIS**
Assistant to Douglas L. Rappaport

# UNITED STATES OF AMERICA
## NATIONAL SCIENCE FOUNDATION
## OFFICE OF INSPECTOR GENERAL

## SUBPOENA DUCES TECUM

**TO:** Custodian of Records
JPMorganChase
National Subpoena Processing
7610 West Washington Street
Indianapolis, IN 46231

**YOU ARE HEREBY COMMANDED TO PRODUCE, AND PERMIT INSPECTION AND COPYING OF,** at the Office of Inspector General of the National Science Foundation, Room 1135, 4201 Wilson Boulevard, Arlington, Virginia, on the 12th day of September, 2007, at 10 o'clock a.m., in connection with an investigation relating to the impersonation of a federal official and misuse of a federal agency seal, the originals (or, if you do not have originals, any copies) of all documents and information pertaining to VISA account number 4246-3151-2591-4596, account name Michael K. Winner, including detailed records of all charges.

Production of the documents demanded in this subpoena is necessary to the performance of audits or investigations to promote economy, efficiency, and effectiveness

*This is a federal administrative subpoena enforceable by order of the appropriate United States District Court.*

in the administration of, and to prevent and detect fraud and abuse relating to, the programs and operations of the National Science Foundation.




IN TESTIMONY WHEREOF, *the seal of the* NATIONAL SCIENCE FOUNDATION *has been affixed hereto, and the undersigned Inspector General of said* NATIONAL SCIENCE FOUNDATION *has hereunto set her hand at the City of Arlington in the Commonwealth of Virginia, this* 22nd *day of* August, *2007, at* 11:00 am *o'clock.*

Christine C. Boesz, Dr.P.H.

*This is a federal administrative subpoena enforceable by order of the appropriate United States District Court.*

**Certificate of Service**

I hereby certify that the original of this subpoena was sent to the person named herein by FedEx this 22nd day of August, 2007.

[signature]
*Signature*

Senior Counsel, OIG
*Title*

*This is a federal administrative subpoena enforceable by order of the appropriate United States District Court.*