MONTGOMERY K. FISHER
Senior Counsel, Office of Investigations
Office of Inspector General
National Science Foundation
4201 Wilson Boulevard
Arlington, VA 22230
telephone: 703-292-4987
fax: 703-292-9162
email: mfisher@nsf.gov

Representative of Respondent
NATIONAL SCIENCE FOUNDATION INSPECTOR GENERAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINNER,<br>    a/k/a MICHAEL WEINER,<br>    a/k/a JIM LONSDALE,<br><br>            Movant,<br><br>    v.<br><br>INSPECTOR GENERAL OF THE<br>NATIONAL SCIENCE FOUNDATION,<br><br>            Respondent<br>_____/ | No. C-07-80212 MISC MMC<br><br>PROPOSED ORDER ENFORCING NATIONAL SCIENCE FOUNDATION INSPECTOR GENERAL SUBPOENA NO. 2007-0015 TO JPMORGANCHASE |

This Court's Order dated 21 September 2007 stated: "If respondent seeks an order enforcing the process, respondent shall, no later than September 28, 2007, submit an appropriate proposed order." A proposed order is attached hereto.

_____/S/_____                                              _____
Montgomery K. Fisher, J.D., Ph.D.                                                            Date
Senior Counsel
Office of Inspector General
National Science Foundation

No. C-07-80212 MISC MMC                        1                        NSF IG Proposed Order

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that I served a copy of this PROPOSED ORDER ENFORCING NATIONAL SCIENCE FOUNDATION INSPECTOR GENERAL SUBPOENA NO. 2007-0015 TO JPMORGANCHASE to Douglas L. Rappaport, attorney for Movant Michael Winner, on 26 September 2007 via email and CAND-ECF.

_____/S/_____
Montgomery K. Fisher

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINNER, | No. C-07-80212 MISC MMC |
| Movant, | **ORDER ENFORCING NATIONAL SCIENCE FOUNDATION INSPECTOR GENERAL SUBPOENA NO. 2007-0015 TO JPMORGANCHASE** |
| v. | |
| INSPECTOR GENERAL OF THE NATIONAL SCIENCE FOUNDATION, | |
| Respondent / | |

Respondent National Science Foundation Inspector General (NSF IG), Dr. Christine Boesz, issued subpoena duces tecum No. 2007-0015 to JPMorganChase on August 22, 2007, "in connection with an investigation relating to the impersonation of a federal official and misuse of a federal agency seal." The subpoena requests "all documents and information pertaining to VISA account number 4246-3151-2591-4596, account name Michael K. Winner, including detailed records of all charges." On August 29, 2007, movant Michael Winner ("Winner") filed a "Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978," challenging that subpoena.

On September 21, 2007, this Court denied Winner's motion. Pursuant to the NSF IG subpoena, the documents were required to be prepared for production by

1

September 12, 2007.  The Court therefore orders JPMorganChase, within five (5) business days of the date it receives a copy of this Order from the NSF IG, to produce all documents described in the subpoena, and to confirm in writing that all responsive documents have been produced.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
MAXINE M. CHESNEY
United States District Judge