IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINNER, | No. C-07-80212 MISC MMC |
| Movant, | **ORDER ENFORCING NATIONAL SCIENCE FOUNDATION INSPECTOR GENERAL SUBPOENA NO. 2007-0015 TO JPMORGANCHASE** |
| v. | |
| INSPECTOR GENERAL OF THE NATIONAL SCIENCE FOUNDATION, | |
| Respondent / | |

Respondent National Science Foundation Inspector General (NSF IG), Dr. Christine Boesz, issued subpoena duces tecum No. 2007-0015 to JPMorganChase on August 22, 2007, "in connection with an investigation relating to the impersonation of a federal official and misuse of a federal agency seal." The subpoena requests "all documents and information pertaining to VISA account number 4246-3151-2591-4596, account name Michael K. Winner, including detailed records of all charges." On August 29, 2007, movant Michael Winner ("Winner") filed a "Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978," challenging that subpoena.

On September 21, 2007, this Court denied Winner's motion. Pursuant to the NSF IG subpoena, the documents were required to be prepared for production by

September 12, 2007.  The Court therefore orders JPMorganChase, within ~~five (5)~~ ten business days of the date it receives a copy of this Order from the NSF IG, to produce all documents described in the subpoena, and to confirm in writing that all responsive documents have been produced.

**IT IS SO ORDERED.**

Dated: October 3, 2007

MAXINE M. CHESNEY
United States District Judge